THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:11cv278

| | |
|---|---|
| JULIE BERRY and KENNETH BERRY, ) ) ) Plaintiffs, ) ) vs. ) ) DAVID LEE SPROUSE, ) ) Defendant. ) ) | O R D E R |

**THIS MATTER** is before the Court on the Plaintiffs' Consent Motion to Remand to State Court [Doc. 5].

For the reasons stated in the Plaintiffs' Motion, and in light of the Defendant's consent thereto,

**IT IS, THEREFORE, ORDERED** that the Plaintiffs' Motion to Remand [Doc. 5] is **GRANTED**, and this civil action is hereby **REMANDED** to the Superior Court for Polk County, North Carolina for further proceedings.

**IT IS SO ORDERED**.

Signed: February 8, 2012

Martin Reidinger
United States District Judge